IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
APR 2 7 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Kevin Phelps )
   Plaintiff, )
)
vs. ) CASE NO. 3:15-CV-00073-SMY-PMF
)
SALVADOR GODINEZ et al )
   Defendants. )

# MOTION FOR A Preliminary Injunction & Temporary Restraining ORDER.

STATE OF ILLINOIS )
                 ) SS:
COUNTY OF Lawrence

## SWORN AFFIDAVIT

I, Kevin Phelps, After Being Duly Sworn Upon My Oath, Depose and State That the Following Matters are both True and Correct In Substance And in Facts:

That the attached papers are true and in substance And in facts.

Subscribed to and sworn before me, this 21 day of April, 2015

SO STATED: Kevin Phelps

NOTARY PUBLIC

OFFICIAL SEAL
KIMBERLY A. ULRICH
Notary Public - State of Illinois
My Commission Expires 8/18/2018

I Kevin Phelps, am the plaintiff in this motion for a, Preliminary Injunction & Temporary Restraining order.

My Constitutional Rights are continue to be Violated, by I.D.O.C., & Lawrence C.C., are violating my 14 Amendment; Procedural due process rights, regarding Cruel & unusual Punishment 8 Amendment, Dileberate Indifference to a Serious medical need that has been Diagnosed by a physician, Failure to protect, Failure to Classify inmates and Separate the particularly violent or Vulnerable, & Violation of The Americans with Disabilities Act, by housing NONE ADA inmates in A.D.A. cell for A.D.A. inmates, it is not enough useful Space to get around in a wheelchair with another inmate in their, plus it puts my life and Safety in danger, plus the A.D.A. Cell is for one A.D.A. inmate.

I am a A.D.A. inmate confined to a wheelchair, I have a ulcer that open up due to having have to Sit in urine & feces for days at a time because the officers don't want to let me shower to they feel like letting me shower, I have wrote several Grievances, & spoke with the A/W of programs, which is also the A.D.A. Coordinator, and was told that I have to Shower when the C/O lets me, I have a Doctor's order to shower daily to prevent me from getting ulcers and sitting in urine & feces, I ask the C/O's that works when I am soils, Could I have a shower, I even show the C/O the Doctor's order & show them that I am in feces, plus they have a copy in the Core, I can't go to eat because I be sitting in soil and the C/O's want let me shower, I don't even get to wash my clothes when I am soil, I am only allow to wash Friday & monday, I have to wear soil clothes alot of times, I was told by C/O Daniels on 2-3-15, on the 7-3 shift, when I ask could I get a shower, to go fuck off, on 2-4-15, C/O Huntley on the 7-3 shift didn't let me shower, I ask this C/O could I shower before I go to eat this C/O Huntley told me he was not letting me shower

I haven't had any disciplinary since I came here on 9-4-13, until I file a grievance about orange crush, Tactical Team, for Sexual Abuse & Assaulted that they did along with denial of using the wash room, leaving me to sit in urine for a period of time.

11-27-14, I spoke with Warden Duncan about me getting transfer to another prison, because I was getting threaten by c/o's here because I have filed a complaint and grievance's against the Lawrence C.C. administration, the Warden told me to "Stop writing grievances and complaining about things, this is prison, you know better." I was put in for a medical transfer on 12-12-13, & 3-6-14, by the Psychiatrist because there is no programs for mental health inmates, I was also put in for another transfer by the Social worker on 8-14-14, and on 9-17-14, I was told by the counselor Henton, "that you are not going to get transfer as long as you keep writing grievances."

On 1-10-15, I was seen by another Social worker, and was recommended alot of things to have did, the Counselor Henton, told me that the Warden's are going to make sure you don't get nothing. On 4-11-14, the Doctor order me a single cell, the Health care administrator, Phil Martin, told the Doctor, he shouldn't, because everybody will want one, the Doctor wrote me a order to have a single cell. On 3-23-15, C/O Huntley, told me to watch out because he got something for people who write grievances against him, on 3-29-15, C/O Huntley, told me I will never get a shower whenever he works the unit. On 3-29-15, C/O Sanders was working overtime on the 3-11 shift, shook my cell down and put water on my legal papers, I ask this c/o for a shake down slip, this c/o told me to write a grievance about that. On 4-2-15, C/O Tanner walked up on me and ask me why you write a grievance on me like a little Bitch, one day I am going to be up in that gun tower and the gun is going to accidently go off and hit you, and started laughing with another officer,

I am afraid for my safety & life, so I don't go to eat, I need help, I am missing chow and losing weight, I wrote a grievance but was told nothing as of yet. On 4-5-15, C/O Johnson, and C/O Huntley was at Health care, when I got there, C/O Johnson, said we should take you out back and put you down like a dog, C/O Huntley, said, nobody will ever know. On 4-8-15, C/O Habling told me I couldn't shower, that I could wait till next shift because he didn't really feel like going to get the shower chair. On 4-10-15, I spoke with Ms. Tredway A/W of Programs and A.D.A. coordinator about me not getting my medically daily shower and having have to sit in urine & feces, she told me to write another grievance, I told her that the C/O wrote me a Disciplinary Report for being in the shower over 15 minutes, which is another way of punishment on me. On 4-16-15, the C/O that worked 2 C on the 3-shift didn't let me shower, told me I didn't have anything coming. On 4-19-15, C/O Sanders was working 2 house, I ask could I get in the shower C/O Sanders got on the speaker and said there will be no special showers today, I ask why, C/O Sanders said because he said so. I also will like to have the above prison officials prosecuted for threaten a witnesses in federal litigation, which I am, it is a federal crime to threaten a witnesses in federal litigation. I will like the Court, to not have me sitting in feces and urine or be threaten by the C/Os and administration, I will also like to be transfer to a prison that will not put my life, health, & safety at risk.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

Offender Name: __Phelps__ (Last, First, MI)   ID#: __K78191__   DOB: __9/27/70__

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

Session Date/Time: __12/8/13__   Session Duration: ____

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| Appearance: | ☐ | ☐ | Concentration: | ☐ | ☐ |
| Behavior: | ☐ | ☐ | Memory: | ☐ | ☐ |
| Mood: | ☐ | ☐ | Speech: | ☐ | ☐ |
| Affect: | ☐ | ☐ | Thoughts: | ☐ | ☐ |

**Subjective, Objective, Assessment**
Routine psych eval per telemedicine. Discussed with pt possibility of going to Dixon STC for tx treatment. H/o Dixon STC 2005-2006. Pt would go to Dixon STC for more treatment and group therapy. (3) SE↓ 2° to Effexor. Would like to stay on meds at this time.

**Plan**
Axis I: MDD-rec
THC Dep
Axis II: ASPD   BPD Traits
Axis III: Paraplegic
Axis IV: Prison
Axis V: 70

Plan: YES/No Notified patient of potential risks benefits and adverse side effects of med regimen. Patient understood and agreed with plan. Informed verbal consent obtained.

Cont Effexor 75mg 1 po QHS (as ordered)
Support provided.
Recommend voluntary non-emergency transfer to Dixon STC. Pt would like to go to Dixon STC for more treatment.
RTC next month sooner if indicated

**MSE: Check if normal:**
- Alert and oriented to person place and year
- Psychomotor retardation and agitation
- Speech - rate rhythm and volume · Mumbles
- Eye contact   Cooperative with exam
- Mood __Down__   Affect __Constricted__
- Thought Processes   Thought Content
- Concentration/Focus   Judgement/Insight
  ↓   Limited

∅ AVH ∅ SHI ∅ delusions

Clinician Name (Print): Andrew J. Kowalkowski MD
Facility: Lawrence Correctional Center
Signature: _____
Title: Psychiatrist



ILLINOIS DEPARTMENT OF CORRECTIONS
MENTAL HEALTH PROGRESS NOTE

Offender Name: **Phelps**
Last, First, MI
ID#: **K78191**
DOB: **9/27/76**

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

Session Date/Time: **3/6/14**
Session Duration: _____

| Appearance: | ☐ Appropriate ☐ Inappropriate | Concentration: | ☐ Appropriate ☐ Inappropriate |
| Behavior: | ☐ Appropriate ☐ Inappropriate | Memory: | ☐ Appropriate ☐ Inappropriate |
| Mood: | ☐ Appropriate ☐ Inappropriate | Speech: | ☐ Appropriate ☐ Inappropriate |
| Affect: | ☐ Appropriate ☐ Inappropriate | Thoughts: | ☐ Appropriate ☐ Inappropriate |

**Subjective, Objective, Assessment**
Routine psych eval per telemedicine. Pt is frustrated that he has not been transferred to Dixon STC. Recommendation made but pt has not been transferred yet. Compliant c̄ meds. No adverse SEs reported. Stressed.

**Plan**
Axis I: MDD-rec
        THC dep
Axis II: ASPD   BPD Traits
Axis III: Paraplegic
Axis IV: Prison
Axis V: 70

Plan: YES/No Notified patient of potential risks benefits and adverse side effects of med regimen. Patient understood and agreed with plan. Informed verbal consent obtained.

D/C Effexor 150mg QAM and Effexor 75mg 1 po BID 75mg poQHS 180 Days.

Recommend voluntary non-emergency transfer to Dixon STC as per order on 12/12/13. Support provided.

RTC next month sooner if incarcerated

**MSE: Check is normal:**
Alert and oriented to person place and year
Psychomotor (retardation) and agitation
Speech - rate rhythm and volume
Eye contact    Cooperative with exam
Mood Sad       Affect Congruent
Thought Processes   Thought Content
Concentration/Focus  Judgement/Insight
↓↑                    Fair

∅ AVH ∅ SHI ∅ behaviors

Clinician Name (Print): Andrew J. Kowalkowski MD
Facility: Lawrence Correctional Center
Signature: _____
Title: Psychiatrist

Exh-22.

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

Offender Information:

Phelps, Kevin   ID#: K78191

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/10/14 500A | LPN Note: S) n. J) Refused: Eff exavison J) Refusal of Medical Services | P) Refusal completed K614 |
| 4/11/14 2:45pm BP 139/81 P) 81, R20 T 98³ WC | MD Note: S) He feels well. He needs permit for an single ADA cell O) Culture show bacteria that Bactrim would work on... DX - Frequent UTIs | P) Permit given John Coe noted scan 4/11/14 |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

**Offender Name:** Phelps (Last, First, MI) **ID#:** K-78191 **DOB:** _____

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

**Session Date/Time:** 8-13-14 9:15A (8-14-14) **Session Duration:** 30 min

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| Appearance: | ☐ | ☐ | Concentration: | ☐ | ☐ |
| Behavior: | ☐ | ☐ | Memory: | ☐ | ☐ |
| Mood: | ☐ | ☐ | Speech: | ☐ | ☐ |
| Affect: | ☐ | ☒ | Thoughts: | ☐ | ☐ |

**Subjective, Objective, Assessment:**
Offender stated when the TACT team shook down offender's cell, they strip searched him and his cellie. Offender stated the TACT team officer told offender if he could not stand (he is wheelchair bound), he would have to lie on his bed and allow a strip search. Offender stated he was forced to remove the "diaper" he wears, which he found humiliating. Offender was told to lay on his bed and was strip searched, which included anal penetration. Offender stated he felt "ashamed" and that he was "taken advantage of". Offender stated he since has felt deeper depression;

**Plan:** "Like I don't want to do anything." Offender stated when the TACT team asked his cellie to take off his clothes, the team member pushed offender's cellie and the cellie's penis brushed offender's arm. Offender stated the TACT team member stated, "You probably like that, don't you?" Offender stated after the incident, he tried to walk himself because he was not allowed to see an MHP or nurse and wanted to process the humiliation he felt. Offender stated he was not allowed to walk himself. Offender stated he talked to Lt. Vaughn about KD on 8-2-14 who gave him the number

**Clinician Name (Print):** Kathryn Davis LCSW **Signature:** [signed]

**Facility:** Lawrence CC **Title:** MHP LCSW

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0282 (Rev. 6/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH PROGRESS NOTE**

Offender Name: **Phelps** (Last, First, MI)   ID#: **K78191**   DOB: _____

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

Session Date/Time: **8-14-14  9:15 A**   Session Duration: **30 min**

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| Appearance: | ☐ | ☐ | Concentration: | ☐ | ☐ |
| Behavior: | ☐ | ☐ | Memory: | ☐ | ☐ |
| Mood: | ☐ | ☐ | Speech: | ☐ | ☐ |
| Affect: | ☐ | ☒ | Thoughts: | ☐ | ☐ |

**Subjective, Objective, Assessment:**
(Continued from pg 1) for the PREA hotline, which he called. Offender stated he asked to call the PREA hotline at the time but was put in the shower and when he asked to talk to a Nurse or to call the hotline, he was hit in the ribs with a "stick" (TACT Team carried wooden clubs). Offender stated he feels terrified because he does not know the identity of the TACT team member who who assaulted him.

O: Looking Down
Picking at fingers
Speech nearly inaudible
Alert/oriented x 4
Depressed Mood

A: Trauma symptoms of shame, hypervigilance, increased depression due

**Plan:**
to event with TACT team above.

Plan: Offender will attempt to draw his feelings about the event. Educated to not let what happened inform his identity. Offender will request services when needed.

Clinician Name (Print): Kathryn Davis LCSW
Facility: Lawrence CC
Signature: _____
Title: MHP LCSW

Distribution:  Offender Medical File
Printed on Recycled Paper
DOC 0282 (Rev. 6/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH PROGRESS NOTE**

Offender Name: Phelps, Kevin
Last, First, MI
ID#: K78191
DOB: 9-27-76

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

Session Date/Time: 9-17-14   5:55 pm.   Session Duration: _____

| Appearance: | ☒ Appropriate | ☐ Inappropriate | Concentration: | ☐ Appropriate | ☐ Inappropriate |
| Behavior: | ☐ Appropriate | ☒ Inappropriate | Memory: | ☐ Appropriate | ☐ Inappropriate |
| Mood: | ☐ Appropriate | ☒ Inappropriate | Speech: | ☐ Appropriate | ☐ Inappropriate |
| Affect: | ☒ Appropriate | ☐ Inappropriate | Thoughts: | ☐ Appropriate | ☐ Inappropriate |

**Subjective, Objective, Assessment**

I/M reports feelings of depression that have intensified since he was reportedly assaulted by TACT team when his cell was shook down. See DOC 0434 from 8-14-14. I/M indicated that he is having intrusive thoughts and fear of being violated again if the TACT team is redeployed. I/M indicated that he has no appetite and is having difficulty sleeping. I/M reported being lethargic and increasingly isolates himself from other inmates. I/M indicated that he stays in his cell as much as possible and only goes to eat 1x per week. I/M indicated that he feels ashamed of what happened to him. I/M indicated that other inmates are aware of the situation and frequently harass him about it. I/M indicated (when questioned) that he does have occasional thoughts of self-harm when he is

**Plan**

being harassed by other inmates. I/M indicated that he has no plan and does not intend to harm himself currently.

O) I/M presented w/ appropriate appearance. Direct eye contact was limited. Mood was depressed - congruent affect. Speech was slow and methodical. T/P was linear. No S/S of psychosis. No immediate risk of self-harm. Concentration and memory appeared intact. I/M presented as genuine.

O x 4

A) Axis I: MDD - rec possible - trauma symptoms
Axis III - paraplegic
AL: MH2.   GAF - 70

P) provide supportive therapy
- refer for med. re-eval -
- recommend transfer to different facility if I/M's account is factual. Current location continues to be traumatizing.

Clinician Name (Print): Brock Zerkle
Signature: [signed] LCSW
Facility: LCC
Title: MHP, LCSW

ILLINOIS DEPARTMENT OF CORRECTIONS
MENTAL HEALTH PROGRESS NOTE

Offender Name: Phelps                    ID#: K78191        DOB: _____
                Last, First, MI

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem;
A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

Session Date/Time: 1-10-2015  9:40a        Session Duration: Individual: Minutes  25

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| Appearance: | ☑ | ☐ | Concentration: | ☑ | ☐ |
| Behavior: | ☑ | ☐ | Memory: | ☑ | ☐ |
| Mood: | ☐ | ☑ | Speech: | ☑ | ☐ |
| Affect: | ☐ | ☑ | Thoughts: | ☑ | ☐ |

**Subjective, Objective, Assessment**

S: Client referred by MHP per request slip submitted.

Requests to be re-evaluated by psychiatrist to restart meds. Reports struggling ē depression "Caved in. no sleep." Some concerns comfort celling situation. Requests referral ADA coordinator and MHP states disability ē current celling. Desires change ADA assistant - reports ambivalence ē wanting due to history reports feeling pressured by assistants assigned.

O: Feels vulnerable per disability. Presentation suggestive distress/depression. ⊕ evidence S/I, ⊖ HI, ⊖ HI ideation, Physically limited. Speech tone clear/low, eye contact intermittent. ⊕ helplessness

**Plan**

A: Symptomatic
Possible benefit vulnerable status assignment - if not already (no access by this MHP ē no chart avail)
Prior celling review ADA assistant by MHP per sense vulnerability and history reported manipulation by others per Client.
⊕ SMI
⊕ AL2
Recommendation reassign ADA assistance ē concern type indv. assigned to meet needs. Assess single celling option - may benefit from arrangement. Refer assigned MHP to assist

Recommendation assess for vulnerable classification. Refer Psych Admin. Refer Psychiatric F/U.
P: F/U per assigned staff determine necessary

Clinician Name (Print): Teresa Boose, ACSW, LCSW, CADC      Signature: Teresa Boose

Facility: Lawrence CC                                       Title: MHP-LCSW

Distribution: Offender Medical File                         DOC 0282 (Rev. 6/2012)
Printed on Recycled Paper

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** PHELPS, KEVIN | **IDOC Number:** K78191 | | **Race:** BLK |
| **Hearing Date/Time:** 3/22/2015 10:00 AM | **Living Unit:** LAW-R2-CL-01 | | **Orientation Status:** N/A |
| **Incident Number:** 201500832/1 - LAW | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/21/2015 | 201500832/1-LAW | HICKOX, CHRISTOPHER | HOUSING UNIT TWO C WING | 08:50 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 307 | Unauthorized Movement | Not Guilty |
| 403 | Disobeying A Direct Order Reduced to : 404 | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
ODR read. Inmate pled not guilty indicating he needs more time due to being in a wheel chair.

## BASIS FOR DECISION
Based on ODR reporting C/O Hickox observed Inmate Phelps in the shower for over an hour and half. RE reports Phelps disobeyed multiple direct orders to get out of shower. The ODR is being reduced to a 404 violation of rule #29, page 29 stating "inmates will be allowed no longer than 15 minutes of shower time".
Inmate was identified by state ID card.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |

**Basis for Discipline:** Nature of offense

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| CARIE, JANA K - Chair Person | *Signature* | 03/22/15 | WHI |
| | | Date | Race |

Recommended Action Approved

**Final Comments:** N/A

STEPHEN B DUNCAN / SBD  3/23/2015          Signature          03/23/15
Chief Administrative Officer                                    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_____              3-25-15
Employee Serving Copy to Committed Person        When Served -- Date and Time